# AFFIDAVIT OF SERVICE

| Case: 1:26-cv-09737 | Court: UNITED STATES DISTRICT COURT | County: SOUTHERN DISTRICT OF NEW YORK, NY | Job: 17332591 |
|---|---|---|---|
| **Plaintiff / Petitioner:** RICARDO VELASQUEZ | | **Defendant / Respondent:** CDC MANAGEMENT CORPORATION, a New York corporation, d/b/a PAVLO MOCHI, et al. | |
| **Received by:** ASubpoena | | **For:** The Weitz Law Firm, P.A. | |
| **To be served upon:** CDC MANAGEMENT CORPORATION. C/O John Scobie | | | |

I, Kevin Estrada, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action.

**Recipient Name / Address:** Jainny Montiel , 1 GATEWAY PLAZA 2ND FLOOR, PORT CHESTER, NY 10573

**Manner of Service:** Corporation, Nov 19, 2026, 1:39 pm EST

**Documents:** SUMMONS IN A CIVIL ACTION, COMPLAINT , THE FIRST SET OF CIV. RULE 33.1 INTERROGATORIES & FIRST REQUEST FOR PRODUCTION TO DEFENDANT

On Nov 19, 2026, at 1:39 pm EST at 1 GATEWAY PLAZA 2ND FLOOR, PORT CHESTER, NY 10573 I served a corporation/entity CDC MANAGEMENT CORPORATION. C/O John Scobie by delivering to and leaving a true copy of the above documents with Jainny Montiel , As Front desk authorized to accept service. Authorized to accept on behalf of CDC MANAGEMENT CORPORATION. C/O John Scobie and informed said person of the contents therein in compliance with state statutes.

The Process Server Perception of The Recipient's Description Is:
Age: 25-30; Ethnicity: Hispanic; Gender: Female; Weight: 125-130; Height: 5'5"; Hair: Black; Relationship: Front desk authorized to accept service.

Additional Comments:
1) Attempt: Nov 19, 2026, 1:39 pm EST at 1 GATEWAY PLAZA 2ND FLOOR, PORT CHESTER, NY 10573
Building is located at 55 South Main St Port Chester and the suite number is 2-C.

Kevin Estrada

The Weitz Law Firm, P.A.
18305 BISCAYNE BOULEVARD Suite 400
AVENTURA, FL 33160
(305) 949-7777

*Subscribed and sworn to before me by the affiant who is personally known to me.*

**Notary Public**

11/23/26

**Date**

Gail Kagan
Notary Public State of NY
Qualified In Westchester County
NO: 01KA6094470
Expires June 23, 2027